AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

[ See Attached ]
        Plaintiff (s),

V.

Douglas Built Construction, Inc.; Joel Douglas
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** (Denied)

CASE NUMBER: 3:14-cv-01692

Notice is hereby given that, subject to approval by the court, __Defendants, DBCI and Joel Douglas,__ substitutes
(Party (s) Name)

__Joel Douglas, in pro se__, State Bar No. __N/A__ as counsel of record in
(Name of New Attorney)

place of __Jeff Owensby and Corey Cabral of Rediger, McHugh & Owensby, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Joel Douglas, Douglas Built Construction, Inc.
    Address: 4949 Fulton Drive, Suite C, Fairfield, CA 94534
    Telephone: (707) 419-5031     Facsimile (707) 439-3138
    E-Mail (Optional): joeld@dbconstructioninc.com

I consent to the above substitution.
Date: 7-9-14
                                  (Signature of Party (s))

I consent to being substituted.
Date: 7/17/14
                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date:
                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 7/28/14 (Denied) *

DENIED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

* Denied. Counsel Jeffrey Owensby is directed to file a formal motion to withdraw as counsel by 8/7/14. Opposition due 8/14/14. Motion to be heard on 9/4/14 at 1:30 p.m. The Case Management Conference is also reset from 7/29/14 to 9/4/14 at 1:30 p.m.