| | |
|---|---|
| 1 | Ronald L. Richman, SBN 139189 |
|   | Susan J. Olson, SBN 152467 |
| 2 | Edward D. Winchester, SBN 271500 |
|   | Bullivant Houser Bailey PC |
| 3 | 601 California Street, Suite 1800 |
|   | San Francisco, California 94108 |
| 4 | Telephone: 415.352.2700 |
|   | Facsimile: 415.352.2701 |
| 5 | E-Mail: ron.richman@bullivant.com |
|   |         susan.olson@bullivant.com |
| 6 |         edward.winchester@bullivant.com |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: 3:14-cv-01692-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date: September 4, 2014<br>Time: 1:30 p.m.<br>Ctroom: 5, 17th Floor<br>Hon. Edward M. Chen |
| Plaintiffs, | |
| vs. | |
| DOUGLAS BUILT CONSTRUCTION, INC., a California corporation; and JOEL DOUGLAS, an individual, | |
| Defendants. | |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN | Case No.: 3:14-cv-01694-EMC |

– 1 –

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON

| | |
|---|---|
| 1 | CALIFORNIA, |
| 2 | Plaintiffs, |
| 3 | vs. |
| 4 | DOUGLAS BUILT CONSTRUCTION, INC., a California corporation; and JOEL |
| 5 | DOUGLAS, an individual, |
| 6 | Defendants. |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and representatives, that this Court continue the September 4, 2014 case management conference for thirty (30) days, based on the following.

On April 11, 2014, Plaintiffs Laborers Trust Funds filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, for Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint"). The Complaint was served on Defendants. Defendants filed an Answer.

On April 11, 2014, the Cement Masons Trust Funds filed a similar Complaint against Defendants in the USDC, Northern District, Case No.: 3:14-cv-01694-RS. The Cement Masons Trust Funds are also represented by Bullivant Houser Bailey PC. The Complaint was served on Defendants. Defendants filed an Answer.

On August 6, 2014 counsel for Defendants in both actions filed their Motion to Withdraw. Hearing on the Motion to Withdraw is set for September 4, 2014. The parties anticipate that this Court will grant the motion. This leaves Defendant Douglas Built Construction, Inc. without counsel.

On August 11, 2014, this Court issued an Order consolidating the Laborers Trust Fund and Cement Masons Trust Fund cases.

Defendant Joel Douglas and Plaintiffs are in direct communication and are attempting to resolve portions, if not all, of the underlying dispute. A portion of the outstanding contributions due the Laborers Trust Funds and Cement Masons Trust Funds are due and owing on a project

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON

undertaken by Douglas Built Construction, Inc. known as El Camino Street & Sidewalk Improvement. McGuire & Hester, the general contractor, hired Douglas Built Construction, Inc. as a subcontractor. McGuire & Hester required Douglas Built Construction, Inc. to post a payment bond for the project. Travelers issued the payment bond on the Project. The Laborers Trust Funds and Cement Masons Trust Funds are in negotiations with Travelers in an attempt to recover the outstanding trust fund contributions attributable to this Project.

In addition to the negotiations with Travelers, Plaintiffs and Defendants are in negotiations regarding the remaining balances due.

Based on the above, the parties stipulate that this Court continue the case management conference for thirty (30) days to allow Plaintiffs to attempt to complete negotiations with Travelers, the payment bond company, and to allow the parties to further attempt to resolve any remaining balances due. The parties further stipulate to providing this Court with an updated status conference statement seven (7) days prior to the continued case management conference.

DATED: August 25, 2014

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

DATED: August 25, 2014

DOUGLAS BUILT CONSTRUCTION, INC.

By _____
as President

DATED: August 25, 2014

By _____
Joel Douglas, an individual

— 3 —

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON

## ORDER

Pursuant to the parties' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the September 4, 2014 case management conference be continued to 10/16/14 at ~~9:30 a.m.~~ 1:30 p.m., Courtroom 5, 17th floor. A case management statement shall be filed seven (7) days prior to the next scheduled case management conference.

DATED: August 27, 2014

By: _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

15199226.1