United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOUGLAS BUILT CONSTRUCTION, INC., *et al.*,<br><br>    Defendant.<br>_____/<br>BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOUGLAS BUILT CONSTRUCTION, INC., *et al.*,<br><br>    Defendant.<br>_____/ | No. C-14-1692 EMC<br><br>**RELATED TO**<br><br>No. C-14-1694 EMC<br><br><br>**ORDER DIRECTING CLERK TO ENTER DEFAULT AGAINST DOUGLAS BUILT CONSTRUCTION, INC. FOR FAILURE TO SHOW CAUSE** |

    Defendants Joel Clayton Douglas and Douglas Built Construction, Inc. were previously represented by counsel. On October 16, 2014, the Court heard Defendants' counsel's motion to withdraw. At that time, the Court informed the Defendants that, while Mr. Douglas may represent himself pro se, the local rules of this Court do not allow a corporation or other entity to appear as a pro se litigant. Civ. L.R. 3-9(b). When the Court granted Defendants' counsel's motion to withdraw

on October 20, 2014, the Court ordered the entity Defendant, Douglas Built Construction, Inc. to obtain counsel within ninety days or risk the entry of a default against it. Docket No. 41. In the time since the Court's Order, no attorney has entered an appearance in these matters on behalf of Douglas Built Construction, Inc.

On February 4, 2014, the Court ordered Douglas Built Construction Inc. to show cause as to why the Court should not enter default against it. Docket No. 48. The Court's Order required Douglas Built Construction, Inc. to respond in writing by no later than February 18, 2015. Douglas Built Construction, Inc. has failed to respond to the Court's Order. Consequently, the Court orders the Clerk to enter a **DEFAULT** against Defendant Douglas Built Construction, Inc. for plaintiff.

IT IS SO ORDERED.

Dated: February 24, 2015

_____
EDWARD M. CHEN
United States District Judge