**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

**CIVIL MINUTES ORDER**

| | |
|---|---|
| **Date:** | February 25, 2015 |
| **Case No. and Name:** | C14-1692 EMC Board of Trustees v. Douglas Built Construction, et al. <u>and</u> related Case C14-1694 EMC Board of Trustees v. Douglas Built Construction, et al. |
| **Deputy Clerk:** | Betty Lee |

**ORDER:**

The Court has received a letter from Defendant Douglas Built Construction, Inc. in response to the Court's Order to Show Cause ( see ECF C14-1692 Docket No. 48).  The letter was not e-filed, and it is unclear if it was served.  The letter shall be deemed filed (Docket No. 52).  No later than Monday, March 2, 2015, Plaintiff shall file and serve its response, if any, to Douglas Built Construction Inc.'s letter.