1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Edward D. Winchester, SBN 271500
   Bullivant Houser Bailey PC
3  235 Pine Street, Suite 1500
   San Francisco, California  94104-2752
4  Telephone: 415.352.2700
   Facsimile: 415.352.2701
5  E-Mail: ron.richman@bullivant.com
           susan.olson@bullivant.com
6          edward.winchester@bullivant.com

7  Attorneys for Plaintiffs

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS BUILT CONSTRUCTION, INC., a California corporation; and JOEL DOUGLAS, an individual, <br><br> Defendants. | Case No.:  3:14-cv-01692-EMC and related<br>Case No.:  3:14 cv 01694-EMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:      April 2, 2015<br>Time:      10:30 a.m.<br>Ctroom:    5, 17th Floor<br>           Hon. Edward M. Chen |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN | |

1 | CALIFORNIA,

2 |         Plaintiffs,

3 |    vs.

4 | DOUGLAS BUILT CONSTRUCTION, INC., a California corporation; and JOEL

5 | DOUGLAS, an individual,

6 |         Defendants.

    Plaintiffs Laborers Trust Funds and Plaintiffs Cement Masons Trust Funds, in the related cases, and Defendant Joel Douglas[1] hereby notify that the parties have reached a full and final settlement of the related actions.

    The parties have signed the respective settlement agreements.  The parties will file a Request for Dismissal within fourteen (14) days.  Based on the above, the parties respectfully request that this Court vacate the April 2, 2015 Case Management Conference.

DATED:  March 26, 2015

                BULLIVANT HOUSER BAILEY PC

                By */s/ Ronald L. Richman*
                    Ronald L. Richman

                Attorneys for Plaintiffs

DATED:  March 26, 2015

                By: */s/ Joel Douglas*
                    Joel Douglas

---

[1] Defendant Douglas Built Construction, Inc. is not represented by counsel.

# **ORDER**

Pursuant to the parties' request to vacate the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the April 2, 2015 case management conference is ~~vacated~~. *reset for 5/7/15 at 10:30 a.m.  An updated joint CMC Statement due 4/30/15.* The parties shall file with this Court, on or before April 9, 2015, their Request for Dismissal in the related cases.

DATED: March __30__, 2015

By: _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

15477516.1

– 3 –
JOINT CASE MANAGEMENT CONFERENCE STATEMENT