Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
Bullivant Houser Bailey PC
235 Pine Street, Suite 1500
San Francisco, California 94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
susan.olson@bullivant.com
edward.winchester@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS BUILT CONSTRUCTION, INC., a California corporation; and JOEL DOUGLAS, an individual,<br><br>Defendants. | Case No.: 3:14-cv-01692-EMC<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON

|   |   |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between plaintiffs, on the one hand, and |
| 2 | defendant Joel Douglas, on the other hand, that pursuant to the Settlement Agreement and |
| 3 | Release entered into between the parties, that this Court dismiss this action, without prejudice, |
| 4 | as against Defendant Joel Douglas. |

DATED: April 7, 2015

BULLIVANT HOUSER BAILEY PC

By: _____
Ronald L. Richman

Attorneys for Plaintiffs

DATED: April 7, 2015

By: _____
Joel Douglas

-1-
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON

**ORDER**

Pursuant to the parties' stipulation to dismiss this action, without prejudice, against Defendant Joel Douglas and good cause appearing:

IT IS HEREBY ORDERED that this action is hereby dismissed, without prejudice, as to defendant Joel Douglas.

DATED: April 8, 2015

_____
IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT JUDGE

15493940.1