Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
Bullivant Houser Bailey PC
235 Pine Street, Suite 1500
San Francisco, California 94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
        susan.olson@bullivant.com
        edward.winchester@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS BUILT CONSTRUCTION, INC., a California corporation; and JOEL DOUGLAS, an individual, <br><br> Defendants. | Case No.: 3:14-cv-01692-EMC <br><br> **REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON

1  Plaintiffs hereby request that this court, pursuant to the Settlement Agreement and
2  Release entered into between the parties, dismiss this action, without prejudice, as against
3  Defendant Douglas Built Construction, Inc.  Douglas Built Construction, Inc. is not represented
4  by counsel.
5  DATED: April 7, 2015

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

– 1 –
REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON

## ORDER

Pursuant to plaintiffs' request to dismiss this action, without prejudice, against Defendant Douglas Built Construction, Inc. and good cause appearing:

IT IS HEREBY ORDERED that this action is hereby dismissed, without prejudice, as to defendant Douglas Built Construction, Inc.

DATED: April __8__, 2015



_____
JUDGE

15493966.1